IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Kelly A. Borham,<br>   Debtor. | CHAPTER 13 |
| | BANKRUPTCY CASE NUMBER |
| Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>   Movant, | 18-12591/AMC |
| v. | 11 U.S.C. § 362 |
| Kelly A. Borham,<br>   Debtor, | |
| William C. Miller, Trustee,<br>   Additional Respondent. | |

**O R D E R**

AND NOW, this _____ day of _____, 2018, at the Eastern District of
Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic
Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to
the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided
under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005
(the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with
its rights under its loan documents for the property located at 4 Nassau Boulevard, Prospect Park,
PA 19076; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its
successors, if any, may immediately implement this order.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE